UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Brown,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>CCDC, et al.,<br><br>　　　　　Defendants | Case No. 2:24-cv-00377-CDS-EJY<br><br>**Order Dismissing and<br>Closing Case**<br><br>[ECF Nos. 2, 9, 10] |

　　　Plaintiff Jessica Brown has filed a motion asking that this case be dismissed and indicating that she wishes to pursue the action at a later time. ECF No. 10. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The complaint has not been served on the defendants, and thus the defendants have not filed an answer or a motion for summary judgment. Accordingly, I grant Brown's motion to voluntarily dismiss this action.

　　　For the foregoing reasons:

　　　IT IS ORDERED that Brown's motion to dismiss this case **[ECF No. 10] is granted**. This case is dismissed in its entirety, without prejudice.

　　　IT IS FURTHER ORDERED that Brown's applications to proceed *in forma pauperis* **[ECF Nos. 2, 9] are DENIED as moot**.

　　　The Clerk of the Court is directed to enter judgment accordingly and to close this case.

　　　Dated: May 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge